NUMBER 13-07-00601-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


______________________________________________________________

 

DIANA C. DIAZ, D.D.S, P.C. AND DIANA N. DIAZ, Appellants,


v.



JP MORGAN CHASE BANK, N.A., Appellee.

_____________________________________________________________


On Appeal from the 197th District Court 


of Cameron County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Garza and Vela


Memorandum Opinion Per Curiam


 Appellants, Diana C. Diaz, D.D.S. and Diana N. Diaz, appealed a judgment entered
by the 197th District Court of Cameron County, Texas. On October 2, 2007, the Clerk of
this Court notified appellants that the notice of appeal failed to comply with Texas Rule of
Appellate Procedure 9.5(e). See Tex. R. App. P. 9.5(e). 

 The Clerk directed appellants to file an amended notice of appeal with the district
clerk's office within 30 days from the date of that notice. On January 8, the Clerk notified
appellants that the defect had not been corrected and warned appellants that the appeal
would be dismissed if the defect were not cured within ten days. To date, the defect has
not been corrected, and the deputy clerk and court reporter have further informed this
Court that appellants have failed to request and make payment arrangements for the
appellate record in this cause. See Tex. R. App. P. 37.3, 42.3(b),(c). 

 The Court, having considered the documents on file and appellant's failure to
correct these defects, is of the opinion that the appeal should be dismissed. See id. 37.3,
42.3(b),(c). 

 Accordingly, the appeal is DISMISSED FOR WANT OF PROSECUTION.


 PER CURIAM


Memorandum Opinion delivered 

and filed this the 17th day of April, 2008.